IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN WILLIAM HERRING, JR.,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       2:24cv72-MHT
                             )          (WO)
SGT. WILLISON and OFFICER    )
FROOSTER,                    )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Elmore County Jail, filed this lawsuit asserting that several correctional officers beat him and threatened to harm him if he reported the beating. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

                                            /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**