IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN WILLIAM HERRING, JR.,   )
                             )
    Plaintiff,                )
                             )   CIVIL ACTION NO.
    v.                       )     2:24cv72-MHT
                             )         (WO)
SGT. WILLISON and OFFICER    )
FROOSTER,                    )
                             )
    Defendants.               )
```

ORDER

Plaintiff filed a document on November 15, 2024, which has been docketed as a motion for status (Doc. 24). In the motion, plaintiff states that after he was released from the Elmore County Jail he did not receive "any mail or anything." *Id*. Plaintiff's motion also asks for an extension of time and the appointment of counsel to assist him with this case.

Upon consideration of plaintiff's motion, it is ORDERED that the motion for status (Doc. 24) is granted, and the court provides the following summary of the status of the case. On August 20, 2024, the

United States Magistrate Judge entered a recommendation (Doc. 19) that plaintiff's complaint be dismissed due to plaintiff's failure to prosecute this action and comply with court orders.  On October 9, 2024, after plaintiff failed to file any objections, the court adopted the recommendation, dismissed the case, and entered final judgment.  *See* Opinion (Doc. 21) and Judgment (Doc. 22).  This case was closed upon entry of the judgment.  Plaintiff's copies of these court filings were returned by the post office marked undeliverable on October 21, 2024.

To the extent plaintiff's November 15, 2024, filing was intended as a motion to vacate the judgment, it is ORDERED that the motion to vacate (Doc. 24) is denied. Plaintiff has not demonstrated that he is entitled to vacate the judgment and has not provided the court with any meritorious reason for reopening this case.  For example, he has not explained why he did not inform the court of his new address when he was released from

2

jail, so that he could continue to receive orders in his case.  It is not the court's responsibility to track down the new address of a plaintiff who has been released from jail.  Plaintiff may file a new case under 42 U.S.C. § 1983 if he desires to pursue the claims he brought in this lawsuit.

It is further ORDERED that plaintiff's motion for appointment of counsel and motion for extension of time (Doc. 24) are denied.

DONE, this the 24th day of January, 2025.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**