IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM HERRING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv72-MHT |
| | ) | (WO) |
| SGT. WILLISON and OFFICER | ) | |
| FROOSTER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On May 12, 2025, after plaintiff filed an application to proceed in forma pauperis, the court entered an order stating the following:

> "[B]y May 26, 2025, if plaintiff wishes to appeal this case, he must submit a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in his name. If he does so, the court will construe his pending application as a notice of appeal. If he does not, the court will assume he does not want to appeal, and will deny the [application]."

Order (Doc. 29). Plaintiff did not submit the required institutional statement or otherwise respond to this

order, so the court assumes that he does not wish to appeal this case.

Accordingly, it is ORDERED that:

(1) Plaintiff's application to proceed without prepaying fees or costs (Doc. 26) is denied.

(2) Plaintiff's motion for appointment of counsel (Doc. 28) is denied as moot.

DONE, this the 30th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE